

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00319-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Martha B. Tanner, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  July 9, 2014

DISMISSED

On June 27, 2014, we abated this appeal for the trial court to determine whether Appellant is indigent for purposes of this appeal.  On July 1, 2014, Appellant moved this court to dismiss the appeal.  Appellee was served with a copy of Appellant's motion; Appellee has not filed a response.

We withdraw our June 27, 2014 order, reinstate this appeal on this court's docket, and grant Appellant's motion; this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM